UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lindsay C. Bray  Docket No. 5:14-MJ-2195-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of, Lindsay C. Bray, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on April 8, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is being supervised in the Middle District of North Carolina by U.S. Probation Officer Karen J. Tremblay. Officer Tremblay reports that the defendant has not completed the 24 hours of community service hours or his driving while impaired assessment as required. She reports that the defendant has reported that he has not completed his community service obligation due to employment responsibilities. No excuse was given for not completing the assessment as required. Officer Tremblay has recommended that the term of probation be extended for six months to allow the defendant additional time to complete these obligations

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 6 months to the new expiration date of October 6, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2537 |
| | Executed On: February 19, 2016 |

**ORDER OF THE COURT**

Considered and ordered on February 22, 2016 . It is further ordered that this document shall be filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge