# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lindsay C. Bray                                                                                      Docket No. 5:14-MJ-2195-1

### Petition for Action on Probation

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for action on the Judgment of Lindsay C. Bray, who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Robert T. Numbers II, U.S. Magistrate Judge on April 8, 2015, to 12 months probation under the conditions adopted by the court.

On February 22, 2016, the term of probation was extended 6 months to allow the defendant to obtain a substance abuse assessment and complete the community service requirement. On September 16, 2016, a Motion for Revocation was filed and a Summons was issued alleging that the defendant had failed to obtain a substance abuse assessment and complete any prescribed treatment, perform the 24 hours of community service as required, and failed to report to the probation officer. A revocation hearing is scheduled for December 7, 2016, in Raleigh, NC.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the motion was filed, the defendant has completed the community service requirement, obtained a substance abuse assessment, and completed 20 hours of treatment. Since all conditions of probation have now been satisfied, we are recommending that the revocation hearing scheduled for December 7, 2016, be canceled and the term of probation be allowed to expire.

**PRAYING THAT THE COURT WILL ORDER** that the Motion for Revocation filed on September 16, 2016, be withdrawn and the hearing scheduled for December 7, 2016, be cancelled which will allow the term of probation to expire.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ Thomas E. Sheppard |
| Eddie J. Smith | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2537 |
| | Executed On: December 1, 2016 |

### ORDER OF THE COURT

Considered and ordered the __2__ day of __December__, 2016, and ordered filed and made part of the records in the above case.

_/s/ Robert T. Numbers II_
Robert T. Numbers, II
U.S. Magistrate Judge